<div style="text-align:center; color:red">CORRECTED</div>

# In the United States Court of Federal Claims

No. 18-287C

(E-Filed: February 11, 2021)

|  |  |
|---|---|
| AARON OLSON, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

<u>ORDER</u>

     The court's January 14, 2021 opinion directed plaintiffs to file, on or before February 5, 2021, a status report "attaching their multiple plaintiffs summary to include the required information for all plaintiffs who have been named in the complaints filed in this case." ECF No. 48 at 13. As of the filing of this order, the court has not received plaintiffs' status report (multiple plaintiffs summary). The court shall afford plaintiffs <u>sua sponte</u> an enlargement of time of two weeks to file their status report.

     Accordingly, on or before **February 19, 2021**, plaintiffs are directed to **FILE** a **status report** attaching their multiple plaintiffs summary to include the required information for all plaintiffs who have been named in the complaints filed in this case. Plaintiffs are further directed to **FILE** an **updated chart** following these same procedures within **seven days** of **adding or removing any plaintiffs** for the duration of this case. Plaintiffs shall file all such charts under the "Status Report (Multiple Plaintiffs Summary)" docketing event in the court's CM/ECF system.

     IT IS SO ORDERED.

                                           s/Patricia E. Campbell-Smith
                                           PATRICIA E. CAMPBELL-SMITH
                                           Judge